IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY ROBINSON,                 :    CIVIL ACTION
                                  :    NO. 08-5113
          Plaintiff,              :
                                  :
     v.                           :
                                  :
                                  :
PFPC, INC.,                       :
                                  :
          Defendant.              :


**O R D E R**

**AND NOW**, this **4th day** of **March, 2010,** it is hereby

**ORDERED** that Defendant's motion for summary judgment (doc. no.

21) is **GRANTED**.


**AND IT IS SO ORDERED.**


 S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**